GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ (*pro hac vice application pending*)
　JSchwartz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile:　202.467.0539

RACHEL S. BRASS, SBN 219301
　RBrass@gibsondunn.com
DANIEL R. ADLER, SBN 306924
　DAdler@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:　415.393.8306

Attorneys for Defendant
AMAZON LOGISTICS, INC. (erroneously sued as
AMAZON.COM SERVICES, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO ROMERO, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREENWICH LOGISTICS, LLC, a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware corporation; NEED IT NOW, LLC, a California corporation; SOS LOGISTICS, LLC, a California corporation; ASAP COURIER AND LOGISTICS, a business entity of unknown form; LUCKY 2 LOGISTICS, LLC, a business entity of unknown form; WDS LOGISTICS, LLC, a business entity of unknown form; NEED IT NOW COURIER OF MD, a business entity of unknown form; LEXINGTON LOGISTICS, a business entity of unknown form; FASTMILE DELIVERS, LLC, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:21-cv-00035<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT AMAZON LOGISTICS, INC.'S NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court of California for the County of Alameda,<br>Case No. RG20079679]<br><br>Action Filed: November 4, 2020 |

I, Rachel S. Brass, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Northern District of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Amazon Logistics, Inc. (erroneously sued as Amazon.com Services, LLC) in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify about them, I would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Superior Court of California for the County of Alameda Docket Sheet for *Romero v. Greenwich Logistics, LLC*, Case No. RG20079679.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed in *Romero v. Greenwich Logistics, LLC*, Case No. RG20079679, in the Superior Court of California, County of Alameda.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Summons issued in *Romero v. Greenwich Logistics, LLC*, Case No. RG20079679, in the Superior Court of California, County of Alameda.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Civil Case Cover Sheet, Proof of Service by Electronic Mail as to Need it Now, LLC, Proof of Service as to Amazon.com Services, LLC, Case Management Conference Setting Order, and Tentative Ruling on Complex Determination filed in *Romero v. Greenwich Logistics, LLC*, Case No. RG20079679, in the Superior Court of California, County of Alameda.

6. In accordance with 28 U.S.C. § 1446(a), Exhibits A through D constitutes "all process, pleadings, and orders served upon" Amazon and otherwise filed, submitted, or entered in the state-court action.

//
//
//
//

7. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on January 5, 2021 in San Francisco, California.

_____
Rachel S. Brass