# EXHIBIT A

THE SUPERIOR COURT OF CALIFORNIA



Select Language ▼   Español  |  Tiếng Việt  |  ਪੰਜਾਬੀ  |  简体中文  |  繁體中文

Log In

# DomainWeb

*your resource for case filing information*

**Buy Credits**
0 Credit(s)     **Checkout (0 item(s))**

**DomainWeb**   **How This Site Works**   **FAQ**

## Case Details

**Case Number: RG20079679**          **Title: Romero VS Greenwich Logistics, LLC**

| Case Summary | Register of Action | Participants | Tentative Rulings |

| Future Hearings | Minutes |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 1/4/2021 | TR - Motion Granted | | | | |
| 12/9/2020 | Proof of Service on Complaint As to Amazon.Com Services, LLC Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 12/7/2020 | Proof of Service by Mail Electronic Filed | 4 | $4.00 | Half Page Preview | ☐ |
| 11/25/2020 | Case Management Conference 02/09/2021 03:00 PM D- 23 | 2 | | View | |
| 11/25/2020 | Complex Determination Hearing 01/05/2021 03:00 | | | | |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| | PM D- 23 | | | | |
| 11/4/2020 | Summons on Complaint Issued and Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 11/4/2020 | Complex Designation Requested | | | | |
| 11/4/2020 | Complaint - Other Employment Filed | 15 | $10.00 | Half Page Preview | ☐ |
| 11/4/2020 | Civil Case Cover Sheet Filed for Arturo Romero | 2 | $2.00 | Half Page Preview | ☐ |

Page: 1 of 1

Add Item(s) to buy

Back to Search Results

Feedback   Use and Privacy Policy   System Requirements   Contact Us   ® 2021 - Superior Court of California, County of Alameda

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Español | Tiếng Việt | ਪੰਜਾਬੀ | 简体中文 | 繁體中文

Log In

## DomainWeb

*your resource for case filing information*

**Buy Credits**

0 Credit(s)



Checkout (0 item(s))

DomainWeb   How This Site Works   FAQ

## Case Details

Case Number: RG20079679        Title: Romero VS Greenwich Logistics, LLC

| Case Summary | Register of Action | Participants | Tentative Rulings |
| Future Hearings | Minutes | | |

| | |
|---|---|
| Case Number: | RG20079679 |
| Title: | Romero VS Greenwich Logistics, LLC |
| Case Type: | Civil |
| Complaint Type: | Other Employment |
| Case Subtype: | General Civil |
| Filing Date: | 11/4/2020 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Español | Tiếng Việt | ਪੰਜਾਬੀ | 简体中文 | 繁體中文

Log In

## DomainWeb

*your resource for case filing information*

**Buy Credits**

0 Credit(s)



Checkout (0 item(s))

DomainWeb   How This Site Works   FAQ

## Case Details

Case Number: RG20079679          Title: Romero VS Greenwich Logistics, LLC

| Case Summary | Register of Action | **Participants** | Tentative Rulings |
| Future Hearings | Minutes | | |

| Party Role | Party Name |
|---|---|
| Attorney | SETAREH, SHAUN |
| Defendant | AMAZON.COM SERVICES, LLC |
| Defendant | ASAP COURIER AND LOGISTICS |
| Defendant | FASTMILE DELIVERS, LLC |
| Defendant | GREENWICH LOGISTICS, LLC |
| Defendant | LEXINGTON LOGISTICS |
| Defendant | LUCKY 2 LOGISTICS, LLC |
| Defendant | NEED IT NOW COURIER OF MD |
| Defendant | NEED IT NOW, LLC |
| Defendant | SOS LOGISTICS, LLC |
| Defendant | WDS LOGISTICS, LLC |
| Plaintiff | ROMERO, ARTURO |

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Español  |  Tiếng Việt  |  ਪੰਜਾਬੀ  |  简体中文  |  繁體中文

Log In

## DomainWeb

*your resource for case filing information*

**Buy Credits**

0 Credit(s)



Checkout (0 item(s))

DomainWeb   How This Site Works   FAQ

## Case Details

Case Number: RG20079679        Title: Romero VS Greenwich Logistics, LLC

| Case Summary | Register of Action | Participants | Tentative Rulings |

| Future Hearings | Minutes |

| Date | Location | Action |
|---|---|---|
| 01/05/2021 15:00:00 | Dept 23 | Complaint - Other Employment |
| 02/09/2021 15:00:00 | Dept 23 | Case Management Conference |

Page: 1 of 1

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Español  |  Tiếng Việt  |  ਪੰਜਾਬੀ  |  简体中文  |  繁體中文

 Select Language ▼

Log In

## DomainWeb

*your resource for case filing information*

**Buy Credits**

0 Credit(s)



Checkout (0 item(s))

DomainWeb   How This Site Works   FAQ

## Case Details

Case Number: RG20079679          Title: Romero VS Greenwich Logistics, LLC

| Case Summary | Register of Action | Participants | Tentative Rulings |
| Future Hearings | Minutes | | |

| Date | Action |
|---|---|
|  | This Tentative Ruling is made by Judge Winifred Y. Smith COMPLEX DETERMINATION<br><br>The Court designates this case as complex pursuant to Rule 3.400 et seq. of the California Rules of Court. Counsel are advised to be familiar with the Alameda County Local Rules concerning complex litigation, including Rule 3.250 et seq. An order assigning the case to one of the three complex judges and an initial case management order will be issued.<br><br>COMPLEX CASE FEES<br><br>Pursuant to Government Code section 70616, any non-exempt party who has appeared in the action but has not paid the complex case fee is required to pay the fee within ten days of the filing of this order. The complex case fee is $1,000 for each plaintiff or group of plaintiffs appearing together and $1,000 PER PARTY for each defendant, intervenor, respondent or other adverse party, whether filing separately or jointly, up to a maximum of $18,000 for all adverse |

| | |
|---|---|
| 1/4/2021 | parties. All payments must identify on whose behalf the fee is submitted. Please submit payment to the attention of the Complex Litigation Clerk located in the Civil Division at the Rene C. Davidson Courthouse, 1225 Fallon Street, Oakland, CA 94612. Please make check(s) payable to the Clerk of the Superior Court. Documents may continue to be filed as allowed under Local Rule 1.9. Note that for those admitted pro hac vice, there is also an annual fee. (Gov't Code section 70617.)<br><br>PROCEDURES<br><br>Calendar information, filings, and tentative rulings are available to the public at http://www.alameda.courts.ca.gov/domainweb/. All counsel are expected to be familiar and to comply with pertinent provisions of the Code of Civil Procedure, the California Rules of Court, the Alameda County Superior Court Local Rules and the procedures outlined on the domain web page of the assigned department.<br><br>SERVICE OF THIS ORDER<br><br>Counsel for plaintiff(s) shall have a continuing obligation to serve a copy of this order on newly joined parties defendant not listed on the proof of service of this order and file proof of service. Each party defendant joining any third party cross-defendant shall have a continuing duty to serve a copy of this order on newly joined cross-defendants and to file proof of service. |

Page: 1 of 1