GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ (*pro hac vice application pending*)
  JSchwartz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

RACHEL S. BRASS, SBN 219301
  RBrass@gibsondunn.com
DANIEL R. ADLER, SBN 306924
  DAdler@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant
AMAZON LOGISTICS, INC. (erroneously sued as AMAZON.COM SERVICES, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO ROMERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH LOGISTICS, LLC, a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware corporation; NEED IT NOW, LLC, a California corporation; SOS LOGISTICS, LLC, a California corporation; ASAP COURIER AND LOGISTICS, a business entity of unknown form; LUCKY 2 LOGISTICS, LLC, a business entity of unknown form; WDS LOGISTICS, LLC, a business entity of unknown form; NEED IT NOW COURIER OF MD, a business entity of unknown form; LEXINGTON LOGISTICS, a business entity of unknown form; FASTMILE DELIVERS, LLC, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-00035<br><br>**DECLARATION OF ZANE BROWN IN SUPPORT OF DEFENDANT AMAZON LOGISTICS, INC.'S NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG20079679]<br><br>Action Filed: November 4, 2020 |

I, Zane Brown, hereby declare and state:

1. I am currently employed as the Vice President and Associate General Counsel of Amazon.com, Inc ("Amazon"). In my position, I am familiar with and have personal knowledge of Amazon's corporate organization and operations. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently about them.

2. Amazon.com Services, LLC is a Delaware limited liability company with its principal place of business in Washington. Amazon.com Sales, Inc. is the sole member of Amazon.com Services, LLC. Amazon.com Sales, Inc. is a Delaware corporation with its principal place of business in Washington.

3. Amazon Logistics, Inc. is a Delaware corporation with its principal place of business in Washington.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2021 in Seattle, Washington.



Zane Brown