GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ (*pro hac vice application pending*)
  JSchwartz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  202.955.8500
Facsimile:   202.467.0539

RACHEL S. BRASS, SBN 219301
  RBrass@gibsondunn.com
DANIEL R. ADLER, SBN 306924
  DAdler@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant
AMAZON LOGISTICS, INC. (erroneously sued as
AMAZON.COM SERVICES, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO ROMERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH LOGISTICS, LLC, a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware corporation; NEED IT NOW, LLC, a California corporation; SOS LOGISTICS, LLC, a California corporation; ASAP COURIER AND LOGISTICS, a business entity of unknown form; LUCKY 2 LOGISTICS, LLC, a business entity of unknown form; WDS LOGISTICS, LLC, a business entity of unknown form; NEED IT NOW COURIER OF MD, a business entity of unknown form; LEXINGTON LOGISTICS, a business entity of unknown form; FASTMILE DELIVERS, LLC, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-00035<br><br>**DECLARATION OF AMANDA TYLOSKY IN SUPPORT OF DEFENDANT AMAZON LOGISTICS, INC.'S NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG20079679]<br><br>Action Filed: November 4, 2020 |

I, Amanda Tylosky, hereby declare and state:

1. I am currently employed as Manager of HR Risk and Compliance at Amazon.com, Inc. ("Amazon"). In my position, I am familiar with and have personal knowledge of Amazon's corporate organization and operations. I also have access to background check records and information retained by Amazon Logistics, Inc. in the normal course of business. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently about them.

2. Plaintiff Arturo Romero sued Amazon.com Services, LLC. But Amazon Logistics, Inc., not Amazon.com Services, LLC, is the corporate entity that contracted with another defendant, Greenwich Logistics, LLC.

3. Amazon Logistics, Inc. contracts with various delivery-service partners ("DSP") to provide delivery services for Amazon.com customers, among others. Amazon Logistics, Inc.'s records indicate that more than 50,000 DSP employees were subject to a background check prior to being eligible to provide services to Amazon.com customers on behalf of their employers or prospective employers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2021 in Lake Stevens, Washington.

_____
Amanda Tylosky