GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ (*pro hac vice application pending*)
   JSchwartz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile:  202.467.0539

RACHEL S. BRASS, SBN 219301
   RBrass@gibsondunn.com
DANIEL R. ADLER, SBN 306924
   DAdler@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
AMAZON LOGISTICS, INC. (erroneously sued as
AMAZON.COM SERVICES, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO ROMERO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>GREENWICH LOGISTICS, LLC, a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware corporation; NEED IT NOW, LLC, a California corporation; SOS LOGISTICS, LLC, a California corporation; ASAP COURIER AND LOGISTICS, a business entity of unknown form; LUCKY 2 LOGISTICS, LLC, a business entity of unknown form; WDS LOGISTICS, LLC, a business entity of unknown form; NEED IT NOW COURIER OF MD, a business entity of unknown form; LEXINGTON LOGISTICS, a business entity of unknown form; FASTMILE DELIVERS, LLC, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 3:21-cv-00035<br><br>**PROOF OF SERVICE**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG 20079679]<br><br>Action Filed:   November 4, 2020 |

# PROOF OF SERVICE

I, Daniel K. Tom, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 555 Mission Street, San Francisco, CA 94105-0921. On January 5, 2021, I served the following documents:

**NOTICE OF REMOVAL;**

**DECLARATION OF RACHEL S. BRASS AND EXHIBITS A THROUGH D IN SUPPORT OF NOTICE OF REMOVAL;**

**DECLARATION OF ZANE BROWN;**

**DECLARATION OF AMANDA TYLOSKY;**

**CIVIL COVER SHEET**

on the parties stated below, by the following means of service:

Shaun Setareh
David Keledijan
Satareh Law Group
315 S. Beverly Drive, Suite 315
Beverly Hills, CA 90212
Phone: (310) 888-7771
Fax: (310) 888-0109
shaun@setarehlawfirm.com
david@setarehlawfirm.com

*Counsel for Plaintiff*

☑   **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

NEED IT NOW, LLC
LegaLZoom,com, Agent. for Service of
Process

RAMANAGEMENT@LEGALZOOM.COM

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Rachel S. Brass, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2021.

*/s/ Daniel K. Tom*
Daniel K. Tom