Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
David Keledjian (SBN 309135)
david@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
ARTURO ROMERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ROMERO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>GREENWICH LOGISTICS, LLC, a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware corporation; NEED IT NOW, LLC, a California corporation; SOS LOGISTICS, LLC, a California corporation; ASAP COURIER AND LOGISTICS, a business entity of unknown form; LUCKY 2 LOGISTICS, LLC, a business entity of unknown form; WDS LOGISTICS, LLC, a business entity of unknown form; NEED IT NOW COURIER OF MD, a business entity of unknown form; LEXINGTON LOGISTICS, a business entity of unknown form; FASTMILE DELIVERS, LLC, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 3:21-cv-00035-MMC<br><br>[Assigned for All Purposes to the Honorable Maxine M. Chesney]<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>Action filed on: November 4, 2020 |

GOOD CAUSE APPEARING, as set forth in plaintiff's Motion to Remand, and defendants Greenwich Logistics, LLC and Amazon.com Services, LLC each having filed a statement of non-opposition,

IT IS HEREBY ORDERED THAT:

This case is hereby remanded to the Superior Court of the State of California, County of Alameda.

IS IT SO ORDERED.

DATED: May 26, 2021

*Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE